# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristin Fast, | No. CV-20-01448-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| GoDaddy.com LLC, et al., | |
| Defendants. | |

Plaintiff has accepted the Court's terms for voluntary dismissal of her claims with prejudice (Doc. 128) and has paid the sanctions ordered by the Court (Doc. 129).

**IT IS ORDERED** that Plaintiff's Voluntary Dismissal Request (Doc. 123) is **granted**.  This case is dismissed with prejudice as to all Defendants.  The Clerk's Office is directed to close this case.

Dated this 29th day of April, 2022.

David G. Campbell
Senior United States District Judge